# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Bryan David Dula, | Case No. 2:26-cv-00685-CDS-MDC |
| Petitioner | **Dismissal Order** |
| v. | |
| Jeremy Bean, | |
| Respondent | |

Petitioner Bryan David Dula filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 and paid his filing fee. ECF Nos. 1-1, 4. On April 10, 2026, I directed Dula to show cause why his petition should not be dismissed with prejudice as time barred. ECF No. 5. To date, Dula has not filed a response to the order to show cause, requested an extension of time to do so, or taken any other action to prosecute this case.

It is therefore ordered that the petition (ECF No. 1-1) is dismissed with prejudice as time barred. A certificate of appealability is denied as reasonable jurists would not find the dismissal of the petition to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) file the petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for the respondents,[1] (3) provide the Nevada Attorney General with copies of the petition (ECF No. 1-1), this order, and all other filings in this matter by regenerating the notices of electronic filing, (4) enter judgment, and (5) close this case.

Dated: June 9, 2026

Cristina D. Silva
United States District Judge

---

[1] No response is required from respondents other than to respond to any orders of a reviewing court.